# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2399
_____

United States of America

*Plaintiff - Appellee*

v.

Kierre Martell Balark

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: November 8, 2024
Filed: November 14, 2024
[Unpublished]
_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Kierre Balark appeals the above-Guidelines-range sentence the district court[1] imposed after revoking his supervised release. His counsel has moved to withdraw, and has filed a brief arguing that the sentence is substantively unreasonable.

We conclude that the district court did not impose an unreasonable sentence upon revocation of Balark's supervised release. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). There is no indication that the court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); see also United States v. Michels, 49 F.4th 1146, 1149 (8th Cir. 2022) (sentence above Guidelines range was not abuse of discretion).

Accordingly, we grant counsel leave to withdraw, and we affirm the judgment.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.